H. J. JAEGER, respondent,

v.

JOHN M. HANNAN, appellant.

[Decided October 21st, 1920.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *90 N. J. Eq. 396.*

*Messrs. Weller & Lichtenstein,* for the respondent.

*Mr. J. Emil Walscheid,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—SWAYZE, TRENCHARD, BERGEN, KATZENBACH, WHITE, WILLIAMS, TAYLOR—7.

*For reversal*—THE CHIEF-JUSTICE, MINTURN, KALISCH, BLACK, HEPPENHEIMER—5.